IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00137-MOC-WCM

| | |
|---|---|
| JEANICE BARCELO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASHLEY HORNSBY WELCH ) <br> *DA;* ) <br> JASON ARNOLD ) <br> *Esq., Chief Asst. DA;* ) <br> JOSEPH SCOGGINS ) <br> *Esq., Asst. DA, Macon Co.;* ) <br> COURTNEY BEAVER ) <br> *District Ct. Legal Assistant;* and ) <br> SUPREME COURT OF ) <br> NORTH CAROLINA, ) <br> ) <br> Defendants. ) <br> ) | ORDER |

This matter is before the Court on Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs" (the "Application," Doc. 6).

Upon review of the Application, it appears that Plaintiff has limited income and assets and is entitled to proceed in forma pauperis in this case.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Application (Doc. 6) is **GRANTED**, and Plaintiff is permitted to proceed without prepayment of the filing fee or giving security therefor.

2. The Court further **DIRECTS** that:

    a. Plaintiff shall prepare summonses for Defendants and submit the summonses to the Clerk on or before June 23, 2023;

    b. Upon receipt of the summonses, the Clerk shall issue and deliver process to the United States Marshals Service;

    c. The United States Marshals Service shall serve process upon Defendants at the expense of the United States Government; and

    d. Notwithstanding service of process by the United States Marshals Service as directed herein, Plaintiff remains responsible for making sure that service is effected properly pursuant to the Rules of Civil Procedure.

Signed: June 13, 2023

W. Carleton Metcalf
United States Magistrate Judge